AUSTIN B. KENNEY (State Bar No. 242277)
abk@severson.com
WILLIAM A. ASPINWALL (State Bar No. 308919)
waa@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| SUSTAINABLE PAVEMENT TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICH HOLIDAY, RYAN (TIM) BONARI, JPMORGAN CHASE BANK, N.A., and BANK OF AMERICA, N.A.,<br><br>Defendants. | Case No. 17-cv-02687-WBS-KJN<br><br>**ORDER GRANTING EXTENSION OF TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO THE COMPLAINT**<br><br>The Hon. William B. Shubb<br><br>Action Filed: December 26, 2017<br>Trial Date: None Set |

Pursuant to the stipulation of the parties and good cause appearing, the respective deadlines for defendant BANK OF AMERICA, N.A., to respond to Plaintiff's complaint are hereby extended to February 12, 2018. No other deadlines shall be affected by this Order.

**IT IS SO ORDERED.**

Dated: January 24. 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE