1  AUSTIN B. KENNEY (State Bar No. 242277)
   WILLIAM A. ASPINWALL (State Bar No. 308919)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5
   Attorneys for Defendant
6  BANK OF AMERICA, N.A.

7

8                    UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

10

| | |
|---|---|
| SUSTAINABLE PAVEMENT TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICH HOLIDAY, RYAN (TIM) BONARI, JPMORGAN CHASE BANK, N.A., and BANK OF AMERICA, N.A.,<br><br>Defendants. | Case No. 17-cv-02687-WBS-KJN<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>The Hon. William B. Shubb<br><br>Action Filed: December 26, 2017<br>Trial Date: None Set |

18

19       TO THE HONORABLE WILLIAM B. SHUBB, SENIOR UNITED STATES DISTRICT

20  JUDGE, AND ALL OTHER INTERESTED PARTIES:

21       Defendant Bank of America, N.A. ("Bank of America") through its attorney of record,

22  William A. Aspinwall of the law firm of Severson & Werson, and Plaintiff, Sustainable Pavement

23  Technologies, LLC ("Plaintiff") by and through their attorney of record, Mark A. Serlin of Serlin

24  & Whiteford hereby stipulate as follows:

25       WHEREAS, Plaintiff filed a complaint in the United States District Court for the Eastern

26  District of California, Case No. 2:17-CV-02687-WBS-KJN ("Complaint"), on January 3, 2018

27  and served Bank of America on that date;

28       WHEREAS, Bank of America's original deadline to respond to the Complaint based on

| | |
|---|---|
| 1 | service on January 3, 2018 was January 24, 2018; |
| 2 | WHEREAS, Bank of America and Plaintiff previously agreed to an extension of time to |
| 3 | file and serve a responsive pleading to the Complaint up to and including February 12, 2018; |
| 4 | WHEREAS, Bank of America has requested additional time to investigate the merits of the |
| 5 | Complaint and the parties wish to stipulate to an extension of time for Bank of America to file and |
| 6 | serve a responsive pleading to the Complaint up to and including March 9, 2018; |
| 7 | WHEREAS, the Parties agree that the extension requested herein is not requested for |
| 8 | purposes of delay and will not result in any prejudice to the parties or alter the date of any event or |
| 9 | any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure. |

**IT IS SO STIPULATED.**

DATED: February 9, 2018	SEVERSON & WERSON
	A Professional Corporation

	By:	*/s/ William A. Aspinwall*
		William A. Aspinwall

	Attorneys for Defendant
	BANK OF AMERICA, N.A.

DATED: February 9, 2018	Serlin & Whiteford, LLP

	By:	*/s/ Mark A. Serlin*
		Mark A. Serlin

	Attorneys for Plaintiff
	SUSTAINABLE PAVEMENT TECHNOLOGIES, LLC

*Pursuant to Local Rule 5-1 (i)(3), I – William A. Aspinwall – attest that concurrence in the filing of this document has been obtained from attorney Mark A. Serlin.*

1 **ORDER**

2 Pursuant to the stipulation of the parties and good cause appearing, the respective

3 deadlines for defendant BANK OF AMERICA, N.A., to respond to Plaintiff's complaint are

4 hereby extended to March 9, 2018. No other deadlines shall be affected by this Order.

5 **IT IS SO ORDERED.**

6 Dated: February 12, 2018

*William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE