UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SUSTAINABLE PAVEMENT TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICH HOLIDAY, RYAN (TIM) BONRI, JPMORGAN CHASE BANK, N.A., and BANK OF AMERICA, N.A.,<br><br>　　　　Defendants. | Civ. No. 2:17-2687 WBS KJN<br><br><br>ORDER RE: MOTION TO SET ASIDE DEFAULT |

----oo0oo----

At the April 23, 2018 scheduling conference, the court gave defendant Rich Holiday thirty days from the date of the order to retain counsel and file a motion to set aside the default. On May 21, 2018, Holiday filed the above-referenced motion. In an attachment to his motion, Holiday represented that he was unsuccessful in retaining an attorney.

The court will give defendant an additional 45 days from the date this order is issued to retain counsel. Defendant

1

shall give notice to all parties and to the court if he retains counsel.  The hearing on defendant's Motion to Set Aside the Default is set for August 6, 2018 at 1:30 p.m.  Plaintiff shall file any opposition to the motion by July 23, 2018.  Defendant may then file any reply no later than July 30, 2018.

        IT IS SO ORDERED.

Dated:  May 25, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE