UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSTAINABLE PAVEMENT TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RICH HOLIDAY, et al.,<br><br>Defendants. | No. 2:17-cv-02687-WBS-KJN<br><br><br><br>ORDER |

Presently pending before the court is defendant JPMorgan Chase Bank, N.A.'s ("Chase") renewed motion to extend discovery and ex parte application for an order shortening time. (ECF Nos. 41 and 42.) Plaintiff has opposed the motion and application. (ECF No. 43.) The motion is set for hearing on November 8, 2018 at 10:00 a.m., but defendant requests that the matter be heard on October 4, 2018. (Id.)

The court previously denied Chase's motion to extend discovery by sixty days because Chase failed to demonstrate that doing so would not also change the trial date. (ECF No. 40.) Chase renews its motion to extend discovery by thirty-two days, instead of sixty. (ECF No. 41.) Because the current discovery deadline is September 28, 2018, and because the briefing on this motion is apparently complete, good cause exists to hear this motion on shortened time.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's ex parte application to shorten time (ECF No. 42) is granted.
2. Defendant's renewed motion to extend discovery (ECF No. 41) is re-set for October 4, 2018 at 10:00 a.m. in Courtroom 25 before the undersigned.
3. The parties may attend this hearing telephonically.

IT IS SO ORDERED.

Dated: September 28, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE