MARK A. SERLIN (SBN 122155)
SERLIN & WHITEFORD, LLP
701 E Street
Sacramento, CA 95814
Telephone: (916) 446-0790
Facsimile: (916) 446-0791
ms@swllplaw.com

Attorneys for Plaintiff,
SUSTAINABLE PAVEMENT TECHNOLOGIES, LLC


KURT A. KAPPES – SBN 146384
MICHAEL D. LANE – SBN 239517
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lanemd@gtlaw.com

Attorneys for Defendant,
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

### (Sacramento Division)

| | |
|---|---|
| SUSTAINABLE PAVEMENT TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RICH HOLIDAY, RYAN (TIM) BONARI, JPMORGAN CHASE BANK, N.A., and BANK OF AMERICA, N.A.,<br><br>Defendants. | CASE NO. 2:17-cv-02687-WBS-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE (ECF NO. 51) AND AMEND THE STATUS (PRE-TRIAL SCHEDULING) ORDER (ECF NO. 24)** |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between Plaintiff Sustainable Pavement Technologies, LLC ("SPT") and Defendant JPMorgan Chase Bank, N.A. ("Chase") (collectively the "Parties"), through their respective counsel, that (i) a Settlement Conference be set on December 6, 2018 before Magistrate Judge Newman, (ii) that the hearing date for Chase's Motion for Summary Judgement, or in the Alternative Partial Summary Judgment (ECF No. 51) be continued, and (iii) that the Status (Pre-trial Scheduling) Order (ECF No. 24) be amended to continue the current Pre-Trial Conference and Trial dates. |

I. <u>PROCEDURAL HISTORY</u>

On April 23 2018, the Court entered a Status (Pre-trial Scheduling) Order, which included the following deadlines:

>Dispositive Motion Deadline: October 30, 2018
>
>Final Pre-Trial Conference: December 3, 2018 at 1:30 p.m.
>
>Trial: January 8, 2019 at 9:00 a.m.

ECF No. 24.

On October 30, 2018, Chase filed its Motion for Summary Judgement, or in the Alternative Partial Summary Judgment (the "Motion") (ECF No. 51) and set the Motion to be heard on the first available date, December 10, 2018. On November 7, 2018, the Court reset the hearing for Chase's Motion to December 3, 2018 on the Court's own motion. (ECF No. 53.)

Shortly after filing the Motion, Chase was requested by Court personnel to meet and confer with SPT's counsel and come to an agreement to continue both the Final Pre-Trial Conference and Trial to a date after the hearing on Chase's Motion. Court personnel advised Chase that January 28, 2019 and March 12, 2019 were both available dates on which to set the continued Final Pre-Trial Conference and Trial, respectively.

Counsel for Chase and SPT met, conferred, and agreed to set a settlement conference on December 6, 2018, a date on which Magistrate Judge Kendall J. Newman is available.

The Parties further agreed that it would be prudent to continue the hearing and briefing dates for the Motion, and the Pre-Trial and Trial dates, to permit the Parties to engage in the settlement negotiations without incurring additional legal costs and expenses.

///

## II. LEGAL STANDARD

Federal Rule of Civil Procedure 16 provides that a pretrial schedule "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The Parties must demonstrate that they acted with diligence in complying with the scheduling order's deadlines and in seeking leave to amend. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). "Good cause" exists when a deadline "cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson*, 975 F.2d at 609 (citation omitted). Thus, "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment." *Id.*; *see also Coleman v. Quaker Oats Co.*, 232 F.3d 1271, 1294 (9th Cir. 2000).

## III. DISCUSSION

The Parties stipulate that good cause exists to continue the hearing date on Chase's Motion and amend the Scheduling Order because the requested continuances will allow the Parties the opportunity to engage in a meaningful settlement conference without incurring additional legal costs and expenses, or, should the case not be settled, enable both the Parties and the Court to more efficiently resolve and/or narrow their focus on any remaining issues as they prepare this matter for trial.

The Parties bring this request in a reasonable amount of time in advance of the current trial date so as to give the Court adequate notice with regard to the management of its docket. Also, this is the first such continuance that the Parties have requested or received, and neither Party will be prejudiced by a continuance.

Accordingly, the Parties propose the following amended schedule:

Settlement Conference: December 6, 2018.

Plaintiff's Opposition to Chase's Motion: December 14, 2018.

Chase's Reply in Support of Chase's Motion: December 21, 2018.

Hearing on Chase's Motion: January 7, 2019.

Final Pre-Trial Conference: January 28, 2019 at 1:30 p.m.

Trial: March 12, 2019 at 9:00 a.m.

///

///

## IV. CONCLUSION

Based on the foregoing, the Parties respectfully request that the Court issue an Order continuing the Hearing regarding Chase's Motion and amending the Status (Pre-trial Scheduling) Order.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 14, 2018    GREENBERG TRAURIG, LLP

By: /s/ *Kurt A. Kappes*
    Kurt A. Kappes
    Michael D. Lane
    Attorneys for Defendant
    JPMORGAN CHASE BANK, N.A.

Dated: November 14, 2018    SERLIN & WHITEFORD, LLP

*/s/ Mark A. Serlin (as authorized on 11/14/18)*
Mark A. Serlin
Attorneys for Plaintiff
SUSTAINABLE PAVEMENT TECHNOLOGIES, LLC

1 <u>ORDER</u>

2 Pursuant to the stipulation of the Parties herein and for good cause shown, it is hereby ordered

3 that the hearing date and briefing schedule for Chase's Motion for Summary Judgment, or in the

4 Alternative, Partial Summary Judgment (ECF No. 51) is set, and the Status (Pre-trial Scheduling) Order

5 is amended as follows:

6       Settlement Conference: December 6, 2018 at 9:00 a.m.

7       Plaintiff's Opposition to Chase's Motion: December 14, 2018.

8       Chase's Reply in Support of Chase's Motion: December 21, 2018.

9       Hearing on Chase's Motion: January 7, 2019.

10       Final Pre-Trial Conference: **<u>February 25, 2019 at 1:30 p.m.</u>**

11       Trial: **<u>April 2, 2019 at 9:00 a.m.</u>**

12 IT IS SO ORDERED.

14 Dated: November 15, 2018

*[Signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE