## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                **JUDGMENT IN A CIVIL CASE**

**SUSTAINABLE PAVEMENT
TECHNOLOGIES, LLC,**

                                                CASE NO: **2:17–CV–02687–WBS–KJN**

       v.

**RICH HOLIDAY, ET AL.,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/20/19**

                                                **Marianne Matherly**
                                                Clerk of Court

ENTERED: **September 23, 2019**

                                        by: /s/ L. Mena–Sanchez
                                                    Deputy Clerk