UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SUSTAINABLE PAVEMENT TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICH HOLIDAY, RYAN (TIM) BONRI, JPMORGAN CHASE BANK, N.A., and BANK OF AMERICA, N.A.,<br><br>　　　　Defendants. | Civ. No. 2:17-2687 WBS KJN<br><br>ORDER |

----oo0oo----

　　　　Plaintiff's Motion for Award of Attorneys' Fees and Costs (Docket No. 84) is hereby REFERRED to Magistrate Judge Kendall J. Newman, who heard the original motion in this matter, for findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

　　　　IT IS SO ORDERED.

Dated: September 25, 2019

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1